## STATE ex GARNER v RENZ
## STATE ex WANZO v RENZ
## STATE ex JEWEL TEA CO, INC v RENZ

Ohio Appeals, 6th Dist, Lucas Co

Decided Sept 30, 1935

Cotter & McFellin, Toledo, Wm. H. McLellan, Jr., Toledo, and Brandon C. Schnorff, Toledo, for relators.

Frazier Reams, Prosecuting Attorney, Toledo, Wayne Geisinger, Columbus, and Paul W. Alexander, Toledo, for respondents.

For full opinion see 5 OO 379; 51 Oh Ap 450.